UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Latonia Smith, | 2:24-cv-01341-CDS-MDC |
| Plaintiff(s), | |
| vs. | **ORDER** |
| Warden Chestnut, et al., | |
| Defendant(s). | |

This case had been assigned to the undersigned Magistrate Judge by random draw. With good cause appearing, the Honorable Maximiliano D. Couvillier III recuses himself from this action.

Accordingly,

It is so ORDERED that this case is referred to the Clerk of Court for random reassignment to another Magistrate Judge.

Dated this 31st day of July 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge