UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LATONIA SMITH,<br><br>              Plaintiff,<br><br>   v.<br><br>WARDEN CHESNUT and ASSISTANT WARDEN MELENDREZ,<br><br>              Defendants. | Case No. 2:24-cv-01341-BLW<br><br>**ORDER REQUIRING PLAINTIFF TO TAKE ACTION** |

     A review of this case shows that Plaintiff Latonia Smith's mail was returned to the Court as undeliverable. Dkt. 17. Each litigant has a duty to keep a current mailing address on file with the Clerk of Court.

     **IT IS ORDERED** that, within **14 days** after this Order, Plaintiff must file a change of address and notice of intent to proceed. Failure to do so will result in dismissal of this case with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b), without further notice to Plaintiff.

     **IT IS FURTHER ORDERED** that Plaintiff's second Motion to Proceed in Forma Pauperis (Dkt. 14) is DENIED as MOOT. Plaintiff was granted in forma pauperis status on September 17, 2024. *See* Dkts. 1, 16.

**ORDER REQUIRING PLAINTIFF TO TAKE ACTION - 1**



DATED: October 24, 2024

_____
B. Lynn Winmill
U.S. District Court Judge

**ORDER REQUIRING PLAINTIFF TO TAKE ACTION - 2**